CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Cesar Ramon Contreras-Figueroa<br>YOB: 1960; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 20-08688MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a), (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On, or about April 16, 2020, at, or near Tucson, Arizona, in the District of Arizona, Cesar Ramon Contreras-Figueroa, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported and removed from the United States through Nogales, Arizona on April 19, 2006 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

Cesar Ramon Contreras-Figueroa is a citizen of Mexico. On April 19, 2006, Cesar Ramon Contreras-Figueroa was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On April 16, 2020, agents found Cesar Ramon Contreras-Figueroa in the United States at, or near Tucson, Arizona without the proper immigration documents. Cesar Ramon Contreras-Figueroa did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/<br>AUTHORIZED AUSA /s/Julie Sottosanti | SIGNATURE OF COMPLAINANT (official title)<br>D09873 |
|---|---|
| | OFFICIAL TITLE<br>Deportation Officer |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 16, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54